## Commonwealth *v.* Warrington, Appellant.

Argued December 11, 1967. *Joseph C. Santaguida,* for appellant; *John A. McMenamin,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

## Commonwealth *v.* Welker, Appellant.

Submitted December 11, 1967. *Robert Lincoln Welker,* appellant, in propria persona; *Allan W. Lugg,* District Attorney, for Commonwealth, appellee.

Order affirmed.